## OHIO SUPREME COURT PROCEEDINGS —Continued

### Friday, December 29, 1922
### GENERAL DOCKET

16498—Village of Oak Harbor v. The Oak Harbor Natural Gas Co.; error to the court of appeals of Ottawa county. Judgment reversed. Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

16838—The State of Ohio v. Aloysius Vonderhaar; exceptions by the prosecuting attorney to the court of common pleas of Hamilton county. Exceptions overruled. Hough, Robinson, Jones and Matthias, JJ., concur. Clark, J., took no part in the consideration or decision of this case.

16928—The President and Fellows of Harvard College and Burton P. Hollister, Exr., v. State of Ohio; error to the court of appeals of Hamilton county. Judgment reversed. Hough, Robinson, Jones, Matthias and Clark, JJ., concur. Marshall, C. J., and Wanamaker, J., dissent.

16990—Board of Education of the School District of City of Cincinnati v. William McHenry, Jr., a minor, etc., error to the court of appeals of Hamilton county. Judgment reversed. Marshall, C. J., Hough, Robinson, Jones, Matthias and Clark, JJ., concur.

17103—John J. Meyer v. The Packard Cleveland Motor Co.; error to the court of appeals of Cuyahoga county. Judgment reversed. Hough, Wanamaker, Robinson, Jones and Matthias, JJ., concur. Clark, J., took no part in the consideration or decision of the case.

17161—Jacob E. Sloneker v. Alice Van Ausdall; error to the court of appeals of Butler country. Judgment reversed. Marshall, C. J., Hough, Wanamaker, Robinson, Matthias and Clark, JJ., concur.

17164—L. C. Schendel v. Joseph Bradford, Admr.; error to the court of appeals of Cuyahoga county. Judgment reversed. Marshall, C. J., Robinson, Jones, Matthias and Clark, JJ., concur. Hough and Wanamaker, JJ., concur.

17275—John Schulte v. Dora Johnson; error to the court of appeals of Hamilton county. Judgment reversed. Hough, Robinson, Jones, Matthias and Clark, JJ., concur. Wanamaker, J., dissents.

17323—Irma P. Hooper v. Jennie M. Nicholas; error to the court of appeals of Lake county. Judgment affirmed. Marshall, C. J., Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur. Hough, J., dissents.

17327—Mary A. Aldrich v. The City of Youngstown; error to the court of of appeals of Mahoning county. Judgment affirmed and judgment for defendant in error. Marshall, C. J., Hough, Robinson, Jones, Matthias and Clark, JJ., concur. Wanamaker, J., dissents.

17360—James Waldron v. New York Central Railway Co.; error to the court of appeals of Huron county. Judgment affirmed. Marshall, C. J., Hough, Robinson, Jones and Matthias, JJ., concur. Wanamaker, J., dissents.

17366—Charles P. Jones v. Erie Railroad Co.; error to the court of appeals of Mahoning county. Judgment affirmed. Marshall, C. J., Hough, Robinson, Jones, Matthias and Clark, JJ., concur. Wanamaker, J., dissents.

17369—The Young Men's Christian Association of Columbus et al. v. Ora Davis et al.; error to the court of appeals of Franklin county. Judgment affirmed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17390—Wilbur E. Simpson et al. v. Wesley A. Holmes, Admr., et al.; error to the court of appeals of Harrison county. Judgment reversed. Marshall, C. J., Hough Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17415—The State, ex rel. Edward D. Shafer et al., v. Gus Otter, as county surveyor of Ashland county. In Mandamus. Demurrer sustained and writ allowed. Marshall, C. J., Wanamaker, Robinson, Matthias and Clark, JJ., concur. Jones, J., dissents.

17445—The Columbus Packing Co. v. The State, ex rel. Hugo Schlesinger, prosecuting attorney, et al.; error to the court of appeals of Franklin county. Judgment reversed. Marshall, C. J., Hough, Robinson, Jones and Clark, JJ., concur. Wanamaker, J., dissents.

17450—The Detroit & Cleveland Navigation Co. v. Colby Hade; error to the court of appeals of Lucas county. Judgment reversed. Marshall, C. J., Hough, Robinson and Clark, JJ., concur.

17478—Vincent Chauncey Nigro v. State of Ohio; error to the court of appeals of Tuscarawas county. Cause dismissed. Marshall, C. J., Hough, Jones, Matthias and Clark, JJ., concur.

17485—The East Ohio Gas Co. v. City of Cleveland; error to the court of appeals of Cuyahoga county. Judgment reversed. Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur. Marshall, C. J., dissents.

17530—Mike Rosanski v. The State of Ohio; error to the court of appeals of Montgomery county. Judgment affirmed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17531—Alice Szo v. The State of Ohio; error to the Court of Appeals of Montgomery county. Judgment affirmed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17532—Peter Stravinsky v. The State of Ohio; error to the court of appeals of Montgomery county. Judgment affirmed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17533—George Asztalos v. The State of Ohio; error to the court of appeals of Montgomery county. Judgment affirmed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17534—Rose Kemeny v. The State of Ohio; error to the court of appeals of Montgomery county. Judgment affirmed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17535—Esther Nagy v. The State of Ohio; error to the Court of Appeals of Montgomery county. Judgment affirmed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17536—Steve Schciller v. The State of Ohio; error to the court of appeals of Montgomery county. Judgment affirmed. Marshall, C. J., Hough Wanamaker, Robinson, Jones, Matthias and. Clark, JJ., concur.